IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America for the use and benefit of Cregger Company, Inc., <br><br>Plaintiff, <br><br>vs. <br><br>McDowell Plumbing LLC, Neil E. McDowell, Boykin Contracting, Inc., and John Doe, representing the unknown surety covering this project, <br><br>Defendants. | C/A No. 3:12-cv-02776-JFA <br><br><br><br><br>**ORDER OF** <br> **DEFAULT JUDGMENT** |

Based on the facts certified to in the Affidavit of Default filed with the Court, and it appearing that the damages sought in this action are liquidated, it is hereby

ORDERED that the plaintiff have judgment against the defendants, McDowell Plumbing LLC, Neil E. McDowell, and Boykin Contracting Inc., in the amount of $63,578.04, which is comprised of principal in the amount of $54,906.86, interest through May 10, 2012 in the amount of $6,868.68, attorney's fees in the amount of $1,275.00, and costs of $527.50, together with post-judgment interest at the contractually agreed-upon rate of 24% per annum until paid in full.

IT IS SO ORDERED.

November 29, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge